IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| vs. ) | |
| ) | Civil Action No. 90-370 |
| ASSORTED JEWELRY ) | |
| ) | |
| Defendant ) | |

## ORDER OF COURT

AND NOW, this 31st day of July, 2009, it is hereby ORDERED, ADJUDGED, AND DECREED that the foregoing Stipulation is hereby approved and that the United States and McGlory shall have until October 30, 2009 within which to conduct settlement negotiations and to file a proposed discovery and outstanding issues order. This case is stayed and administratively closed until further order of court.

*Donetta W. Ambrose*
United States District Court